# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

Crim. No. 07-35 (RHK/AJB)
**ORDER**

v.

Carl Lee Richardson,

Defendant.

The Defendant in this case, Carl Lee Richardson, was previously charged by Indictment (Crim. No. 06-193) with possessing a firearm after having been convicted of a felony, in violation of 18 U.S.C. §§ 922 and 924.  Trial in that matter was scheduled to commence on February 5, 2007.  On that date, however, the Court dismissed the Indictment in case number 06-193, without prejudice, due to a violation of the Speedy Trial Act.  Shortly thereafter, the Government secured the Indictment in the instant matter, which is identical in all respects to the Indictment in case number 06-193.

Accordingly, and in order to preserve the Defendant's rights on appeal, it is

**ORDERED** that all motions, hearings, proceedings, and other matters having taken place in Crim. No. 06-193, styled <u>United States of America v. Carl Lee Richardson</u>, are hereby

transferred to and made part of the docket in this matter.

Dated: February __8__, 2007

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge