# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 07-35 (1) (RHK/AJB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Carl Lee Richardson, | |
| Defendant. | |

Defendant's Motion for Judgment of Acquittal or New Trial (Doc. No. 12) is **DENIED**.

Date: February 12, 2007

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge