UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 07-35 (RHK/AJB)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CARL LEE RICHARDSON, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court on Defendant's motion for an extension to file objection and position pleadings in response to the presentence report of the probation officer. The Court finds that Defendant's request is supported by good cause, and therefore orders that the deadlines be extended as follows:

1. Defendant's objections and proposed amendments to the presentence report shall be due on or before April 24, 2007.

2. Position pleadings shall be due on or before May 1, 2007.

Date: 4/10/07

s/Richard H. Kyle
Richard H. Kyle
United States District Judge