# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 07-35 (1) (RHK/AJB) |
| Plaintiff/Appellant, | **ORDER** |
| vs. | |
| Carl Lee Richardson, | |
| Defendant/Petitioner. | |

If Defendant/Petitioner Richardson intends to respond to the Government's Memorandum in Opposition to Petitioner's Motion under 28 U.S.C. §2255, said response shall be served and filed no later than Thursday, February 25, 2010.

Date: February 1, 2010

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
